**SEALED**

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 2 6 2020

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

JOHN W. HUBER, United States Attorney (#7226)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KALEB WIEWANDT, <br><br> Defendant. | COMPLAINT  2:20mj167-DBP <br><br> VIO. 18 U.S.C. § 751(a), Escape. <br><br> Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
**18 U.S.C. § 751(a)**
**(Escape)**

On or about 25th day of February, 2020, in the Northern Division of the District of Utah,

KALEB WIEWANDT,

1

the defendant herein, who is in federal custody pursuant to a lawful arrest on a felony charge, to wit 18 U.S.C. § 751(a) Escape from Custody, at an institution or facility where the defendant was confined awaiting trial. The defendant departed the facility willingly and voluntarily without permission and did not return; all in violation of 18 U.S.C. § 751(a).

This complaint is made on the basis of investigation consisting of the following: I, Manuel A. Scott, having been duly sworn, state as follows:

1. I am a Criminal Investigator Deputy United States Marshal with the United States Marshals Service (CIDUSM) and have been so employed since 2003. As a Criminal Investigator, I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure; specifically, a government agent engaged in the enforcement of the criminal laws of the United States of America and thereby authorized to request the issuance of federal arrest and seizure warrants. As a CIDUSM, my responsibilities include the investigation of the whereabouts of persons who have felony arrest warrants as well as possible violation of United States Code.

2. During the course of my employment as a CIDUSM, I have directed or assisted in numerous investigations concerning this statute. These investigations focused on individuals who willingly left the federal halfway house when they did not have permission to do so, or left for a permissible purpose and knowingly failed to return at the directed time while currently serving a lawfully imposed federal sentence.

3.  I am currently a member of the Violent Fugitive Apprehension Strike Team (VFAST), a United States Marshals Service led task force consisting of multiple federal, state, and local law enforcement agencies tasked with apprehending fugitives for violent felonies or fugitives with a previous history of violence or have active felony warrants from other jurisdictions around the United States.

4.  The information contained in this affidavit is based on my training, experience and participation in similar investigations, my personal knowledge and observations during the course of this investigation, and information provided to me by other sources as noted herein.

5.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.  This affidavit is being submitted in support of a criminal complaint justifying the arrest of Kaleb Wiewandt.

7.  Based on evidence discovered during this investigation, there is probable cause to believe that Wiewandt has committed the crime of Escape.

8.  On February 25, 2020, Kaleb Wiewandt was in custody at Weber County Jail on an indictment in the US District Court of Utah, case number 2:19-CR-00313 regarding alleged violations of 18 USC § 751 (a) Escape from Custody.

9.     On February 25, 2020, Wiewandt escaped from Weber County Jail assuming the identity of county inmate being released (Matthew Kyle Belnap). Wiewandt was seen walking out of the Weber County Facility, heading North to 12th St and then he was last seen on camera surveillance footage walking eastbound on 12th St.

Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for KALEB WIEWANDT for violations of 18 U.S.C. § 751(a).

DATED this 26th day of February, 2020.

MANUEL A. SCOTT
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 26th day of February, 2020.

HONORABLE DUSTIN B. PEAD
United States Magistrate Judge

APPROVED:

JOHN W. HUBER
United States Attorney

CAROL A. DAIN
Assistant United States Attorney

4